## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

TYRONE COLLINS,                                                             PLAINTIFF
ADC #111854

v.                              3:20CV00139-JM-JTK

GARY MUSSELWHITE, et al.                                DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety.   Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint against Defendants is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

4. Plaintiff's Motion for Preliminary Injunctive Relief (Doc. No. 5) is DENIED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 20th day of August, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE