# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

TYRONE COLLINS,                                                                                           PLAINTIFF
ADC #111854

v.                                           3:20CV00139-JM-JTK

GARY MUSSELWHITE, et al.                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 20th day of August, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1